**POLSINELLI LLP**
Starr Drum (SBN 336691)
SDrum@polsinelli.com
Noel S. Cohen (SBN 219645)
NCohen@Polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310-556-1801
Facsimile: 310-556-1802

**POLSINELLI PC**
Elizabeth Marden (*pro hac vice*)
LMarden@Polsinelli.com
900 West 48th Place
Kansas City, MO 64112
Telephone: 816-753-1000

*Attorneys for Defendant*
*Banyan Treatment and Recovery, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOHN DOE 1 and JOHN DOE 2, individually and on behalf of all other similarly situated,

Plaintiffs,

v.

BANYAN TREATMENT AND RECOVERY, LLC,

Defendant.

Case No.: 5:24-cv-01060-JGB-MRW

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

District Judge: Jesus G. Bernal
Magistrate Judge: Michael R. Wilner
Complaint Filed: May 20, 2024

Motion Hearing: February 10, 2025

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 10, 2025, or as soon thereafter as counsel may be heard, in Courtroom 1 of the Honorable Jesus G. Bernal of the U.S. District Court for the Central District of California, Defendant Banyan Treatment and Recovery, LLC ("Banyan"), through its counsel, will and hereby does move to dismiss the First Amended Class Action Complaint, ECF No. 22, under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that the Complaint does not contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face.

This Motion is based on this Notice of Motion, the accompanying brief in support of this Motion, the pleadings and filings in this action, and any other evidence or argument properly before the Court.

This Motion is made pursuant to Local Rule 7.3 following the conference of counsel, which took place on October 18, 2024.

Respectfully submitted this 13th day of December, 2024.

*/s/ Starr T. Drum*___________
Starr T. Drum

## CERTIFICATE OF SERVICE

I certify that on December 13, 2024, I e-filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Starr T. Drum*____________
Starr T. Drum