**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq.
California Bar No. 285678
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile:  (213) 471-4160
Email: daniel@slfla.com

**ALMEIDA LAW GROUP LLC**
Matthew J. Langley
California Bar No. 342846
David S. Almeida (*pro hac vice* forthcoming)
849 W. Webster Avenue
Chicago, Illinois 60614
 Tel.: (708) 529-5418
matt@almeidalawgroup.com
david@almeidalawgroup.com

*Attorneys for Plaintiffs & the Classes*

[*Additional counsel listed on signature page*]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1 and JOHN DOE 2, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br><br>v.<br><br>BANYAN TREATMENT AND RECOVERY, LLC,<br><br>*Defendant*. | Case No. 5:24-cv-01060-JGB-MRW<br><br>**STIPULATION AND NOTICE REGARDING RESOLUTION OF ENTIRE CASE** |

Plaintiffs John Doe 1 and John Doe 2 ("Plaintiffs") and Defendant Banyan Treatment and Recovery, LLC ("Banyan") (collectively, the

"Parties") jointly submit this Stipulation and Notice regarding the resolution of the entire matter. In support of this stipulation, the Parties state as follows:

1. The Parties are pleased to report that this matter has tentatively reached a resolution pending the completion of certain outstanding issues including the signing of a settlement agreement;

2. The Parties require additional time to memorialize the agreement;

3. The Parties expect to file a notice or stipulation of dismissal pursuant to Rule 41 within 60 days;

4. Plaintiffs' opposition to Banyan's Motion to Dismiss (ECF No. 25) is currently due January 21, 2025;

5. To preserve party and judicial resources, the Parties jointly request the Court vacate the January 21, 2025 deadline or continue it 45 days to March 7, 2025;

6. The Parties jointly also request that the Court vacate the February 10, 2025 hearing;

7. A proposed order is submitted with this Stipulation for the Court's consideration.

DATED: January 21, 2025

/s/ *Matthew J. Langley*
Matthew Langley, California Bar No. 342846
David S. Almeida (*pro hac vice forthcoming*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
t: 708-529-5418
matt@almeidalawgroup.com
david@almeidalawgroup.com

2
**STIPULATION AND NOTICE REGARDING INFORMAL RESOLUTION OF ENTIRE CASE**
Case No. 5:24-cv-01060-JGB-MRW

**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, California Bar No. 285678
3435 Wilshire Blvd. Suite 1710
Los Angeles, CA 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Attorneys for Plaintiff & the Classes*

*/s/ Starr Drum*
Starr Drum (SBN 336691)
sdrum@polsinelli.com
Noel S. Cohen (SBN 219645)
ncohen@Polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310-556-1801
Facsimile: 310-556-1802

**POLSINELLI PC**
Elizabeth Marden (*pro hac vice*)
lmarden@Polsinelli.com
900 West 48th Place
Kansas City, MO 64112
Telephone: 816-753-1000

*Attorneys for Defendant Banyan Treatment and Recovery, LLC*

3
**STIPULATION AND NOTICE REGARDING INFORMAL RESOLUTION OF ENTIRE CASE**
Case No. 5:24-cv-01060-JGB-MRW