**ALMEIDA LAW GROUP LLC**
Matthew J. Langley, Esq.
California Bar No. 342846
849 W. Webster Avenue
Chicago, Illinois 60614
Tel.: (708) 529-5418
matt@almeidalawgroup.com

*Attorney for Plaintiff & the Classes*

**POLSINELLI LLP**
Starr Drum (SBN 336691)
SDrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310-556-1801
Facsimile: 310-556-1802

*Attorney for Defendant*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> BANYAN TREATMENT AND RECOVERY, LLC, <br><br> Defendant. | No. 5:24-cv-01060-JGB-MRW <br><br> **STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Doe 1 ("Plaintiff") and Defendant Banyan Treatment and Recovery, LLC ("Defendant") hereby stipulate to the dismissal of this action as to any and all claims that were or could have been asserted by Plaintiff against Defendant WITH PREJUDICE and WITHOUT PREJUDICE as to the

1

putative class members' claims, with all parties to bear their own fees and costs.

**IT IS SO STIPULATED AND AGREED:**

DATED: March 28, 2025

*/s/ Matthew J. Langley*
Matthew J. Langley, Esq.
California Bar No. 342846
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
Tel.: (708) 529-5418
matt@almeidalawgroup.com

*Attorney for Plaintiff & the Classes*

DATED: March 28, 2025

*/s/ Starr Drum*
Starr Drum (SBN 336691)
SDrum@polsinelli.com
**POLSINELLI LLP**
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:      310-556-1801
Facsimile:      310-556-1802

*Attorney for Defendant Banyan Treatment and Recovery, LLC*

## ATTESTATION

In accordance with Civil Local Rule 5-4.3.4, I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

DATED: March 28, 2025

*/s/ Matthew J. Langley*
Matthew Langley

2