# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE 1, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> BANYAN TREATMENT AND RECOVERY, LLC, <br><br> *Defendant*. | Case No.: 5:24-cv-01060-JGB-MRW <br><br> **ORDER APPROVING STIPULATION FOR DISMISSAL** |

Before the Court is the Parties' Stipulation for Dismissal. For good cause shown, it is **ORDERED** that:

1. The stipulation is **APPROVED** and

1

2. This case is **DISMISSED** in its entirety, with any and all claims that were or could have been asserted by Plaintiff John Doe 1 against Defendant dismissed **WITH PREJUDICE** and dismissed **WITHOUT PREJUDICE** as to the putative class members' claims.

**IT IS SO ORDERED.**

DATED: March 31, 2025

Honorable Jesus G. Bernal
Judge of the District Court